THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES M. GARLAND, Appellant.—Appeal by defendant from a judgment of the County Court, Westchester County, rendered July 16, 1975, convicting him of rape in the first degree, assault in the second and third degrees and unlawful imprisonment in the first degree, upon a jury verdict, and imposing sentence. Judgment reversed, on the law, and indictment dismissed. Our ruling is constrained by the holding in *People v Brown* (40 NY2d 381). Martuscello, J. P., Margett, Suozzi and O'Connor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES HUGHES, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered May 3, 1974, convicting him of criminal possession of a dangerous drug in the third degree, after a nonjury trial, and imposing sentence. Judgment reversed, on the law and the facts, and indictment dismissed. In our opinion, defendant's guilt was not established beyond a reasonable doubt and the testimony of the arresting officer was tailored to meet the exigencies in the situation. Hopkins, J. P., Shapiro, Suozzi and Mollen, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN JOHNSON, Appellant.—Judgment of the Supreme Court, Kings County, rendered September 17, 1976, affirmed (see *People v Tinsley,* 35 NY2d 926; *People v Dixon,* 29 NY2d 55; *People v Jenkins,* 56 AD2d 581; *People v Mercado,* 50 AD2d 601). Cohalan, J. P., Damiani, Hawkins and Mollen, JJ., concur.